Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000145
03-AUG-2012
09:16 AM

NO. CAAP-12-0000145

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ASSOCIATION OF CONDOMINIUM HOMEOWNERS OF TROPICS AT
WAIKELE, by its Board of Directors, Plaintiff-
Appellee, v. PATSY NAOMI SAKUMA, Defendant-
Appellant, and FIRST HAWAIIAN BANK, a Hawaii
corporation; WAIKELE COMMUNITY ASSOCIATION, a
Hawaii nonprofit corporation, Defendants-
Appellees, and JOHN DOES 1-15; JANE DOES 1-5; DOE
PARTNERSHIPS 1-10; DOE ENTITIES 1-5; and DOE
GOVERNMENTAL UNITS 1-5, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-1487)

ORDER DENYING JULY 30, 2012 HRAP RULE 40 MOTION
FOR RECONSIDERATION OF JULY 18, 2012 ORDER
DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon review of the (1) July 18, 2012 order dismissing
appellate court case number CAAP-12-0000145 for lack of
jurisdiction; (2) Defendant-Appellant Patsy Naomi Sakuma's
(Appellant Sakuma) July 30, 2012 motion to reconsider the
July 18, 2012 dismissal order pursuant to Rule 40 of the Hawai'i
Rules of Appellate Procedure (HRAP); and (3) the record, it

appears that we did not overlook or misapprehend any points of law or fact when we entered the July 18, 2012 dismissal order. Therefore,

IT IS HEREBY ORDERED that Appellant Sakuma's July 30, 2012 HRAP Rule 40 motion to reconsider the July 18, 2012 dismissal order is denied.

DATED: Honolulu, Hawai'i, August 3, 2012.


Presiding Judge


Associate Judge


Associate Judge